UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Tierre Theo Walton, | File No. 20-cv-165 (ECT/KMM) |
| Plaintiff, | |
| v. | **ORDER** |
| Blue Earth County and Bradley Peterson, *Sheriff, Blue Earth County*, | |
| Defendants. | |

Magistrate Judge Katherine M. Menendez issued a Report and Recommendation on March 1, 2021. ECF No. 53. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 53] is **ACCEPTED**.

2. Defendants' Motion to Dismiss [ECF No. 35] is **GRANTED**.

3. The Complaint [ECF No. 1] is **DISMISSED with prejudice**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 8, 2021                              s/ Eric C. Tostrud
                                                 Eric C. Tostrud
                                                 United States District Court